EXHIBIT 1

http://www.tesa.com/industry/general_applications/functional_tapes/insulation_tapes/tesa_4600_xtreme_conditions_hd,i.html



http://www.tesatape.com/



http://www.tesa.com/



3

http://www.tesa.com/industry/general_applications/functional_tapes/insulation_tapes/tesa_4600_xtreme_conditions,i.html



4

http://www.tesatape.com/company/press/tesa-introduces-new-repair-tape,4944137,1.html

