IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL NO. 3:15-CV-154

| | |
|---|---|
| MOCAP, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| TESA TAPE, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, MOCAP, LLC, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby dismisses its Complaint against Defendant in the above-captioned matter.

This the 13th day of July 2015.

    s/Heather C. White
    Heather C. White (N.C. State Bar No. 33000)
    **SMITH MOORE LEATHERWOOD LLP**
    101 N. Tryon Street, Suite 1300
    Charlotte, NC 28246
    Telephone: (704) 384-2600
    Facsimile: (704) 384-2800
    Heather.white@smithmoorelaw.com
    *Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

This is to certify that I have this the 13th day of July, 2015 served a copy of the foregoing **NOTICE OF DISMISSAL** upon the defendant by depositing a copy of same in the United States Mail, addressed as shown below:

Tesa Tape, Inc.
5825 Carnegie Blvd.
Charlotte, NC 28209

s/Heather C. White
Heather C. White
*Attorney for Defendants*